IN THE MATTER OF:

DARYL MICHAEL BELOUS SR
PATRICIA LYNN BELOUS

CASE NO. 06-51316-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DARYL MICHAEL BELOUS SR PATRICIA LYNN BELOUS 26389 ANNAPOLIS ST DEARBORN HTS, MI 48125-0000 SSN: XXX-XX-2669 or XXX-XX-6875 | N/A | N/A | DEBTOR REFUND | 1226348 | 12/16/09 | $ 846 72 |

DATED:  January 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    8436221
DETROIT, MICHIGAN 48231-1930

0651316 00000 017414 1226348
CLERK OF US BANKRUPTCY COURT
& DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 12/16/2009                                                                  Check No: 1226348
Payee: CLERK OF US BANKRUPTCY COURT

| 0651316 | DARYL MICHAEL BELOUS SR & PATRICIA LYNN BELOUS | | 846.72 | 0.00 | 846.72 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

84-79
611

**CHECK NO. 1226348**
SunTrust Bank

**DATE Dec 16, 2009**

**FOR** DARYL MICHAEL BELOUS SR and PATRICIA LYNN BELOUS
BK:0651316 ACCT:
PRIN:    846.72    INT:    0.00

**AMOUNT**
********846.72

**PAY** 846.72

Eight Hundred Forty-Six And 72 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $846.72
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1226348⑈ ⑆061100790⑆000000575151 6⑈

IN THE MATTER OF:

DARYL MICHAEL BELOUS SR
PATRICIA LYNN BELOUS

CASE NO. 06-51316-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

Debtors

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KOSTOPOULOS & ASSOC
THE FRESH START CENTER PLLC
30800 VAN DYKE #204
WARREN, MI 48093**

**Last Known Address for Debtors:**

**DARYL MICHAEL BELOUS SR
PATRICIA LYNN BELOUS
26389 ANNAPOLIS ST
DEARBORN HTS, MI 48125**

DATED: January 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226